The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUEL & KJAER EMS INC.,

Plaintiff,

v.

THE PORT OF SEATTLE,

Defendant.

Case No. C17-0430JLR

**ORDER ON NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* UNDER FED. R. CIV. P. 41**

Noted for May 12, 2017

No oral argument required

Before the Court is the Parties' NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41. Because a plaintiff may voluntarily dismiss a lawsuit without motion or court order by filing a notice of dismissal before an opposing party has served either an answer or a motion for summary judgment, and because the Port of Seattle has served neither an answer nor a dispositive motion in this matter, no stipulation is technically necessary here. Nonetheless, the parties have stipulated to dismissing this action without prejudice, and the Court will sign the Order doing so. The stipulation is **GRANTED**.

PROPOSED ORDER
Case No. 2:17-cv-430

- 1 -

Rimon Law Group, P.C.
7920 SE Steller Way
Snoqualmie, Washington 98065
Telephone: (800) 930-7271

**THE COURT ORDERS AS FOLLOWS**: This case is dismissed ***without prejudice***. The parties shall bear their own costs and expenses. The Clerk is requested to note that this case is closed. The Court appreciates the parties' efforts to resolve this matter.

Dated this 10th day of May, 2017.

*/s/ James L. Robart*
JAMES L. ROBART
United States District Judge

PROPOSED ORDER
Case No. 2:17-cv-430

- 2 -

Rimon Law Group, P.C.
7920 SE Steller Way
Snoqualmie, Washington 98065
Telephone: (800) 930-7271